# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**JIMMY LEE WHEELER,**

    **Plaintiff,**

**v.**           Case No. 4:19-cv-390-AW-HTC

**MARK INCH, et al.,**

    **Defendants.**

_____/

## ORDER OF DISMISSAL

Before the Court is the Magistrate Judge's Report and Recommendation, ECF No. 4. The Court has considered de novo the issues raised in Plaintiff's objection, ECF No. 6. The Court concludes that the Report and Recommendation should be accepted, and it is incorporated into this order. This case is dismissed. The Clerk shall enter a judgment stating: "This case is dismissed without prejudice pursuant to 28 U.S.C. § 1915(g)." The Clerk shall close the file.

SO ORDERED on September 12, 2019.

                                             s/ *Allen Winsor*
                                             United States District Judge